IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENE C. BENCKINI | : | CIVIL ACTION |
| | : | |
| v. | : | No. 11-1856 |
| | : | |
| PENNSYLVANIA STATE POLICE | : | |
| BUREAU OF FORENSIC SERVICES, et al. | : | |

**<u>ORDER</u>**

AND NOW, this 3rd day of June, 2011, it is ORDERED the Motion to Dismiss filed by Defendants Stephen Bedor, Kelly Lentz, and the Pennsylvania State Police Bureau of Forensic Services (Document 2) is GRANTED. Benckini's Complaint is DISMISSED as to these Defendants.

It is further ORDERED Benckini's Complaint is DISMISSED as to the remaining Defendant, Michele Zeiders.[1]

The Clerk of Court is DIRECTED to mark this case as CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] Defendants assert Zeiders, a former Pennsylvania State Trooper, is retired. Zeiders has not appeared in this case, and the parities dispute whether she has been served. Nevertheless, because the claims against Zeiders are identical to the claims brought against the other Defendants, the reasons which warrant dismissal of Benckini's Complaint as to Bedor, Lentz, and the Bureau of Forensic Services similarly justify dismissal of the Complaint as to Zeiders.